CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Clay, et al.
_____
           Plaintiff(s)

vs.                                                  Civil Action No.: 06CV-00707

Socialist People's Libyan Arab Jamahiriya, et al.
_____
           Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

JAMAHIRIYA SECURITY ORGANIZATION
Serve: Foreign Minister Abdel Rahman Shalgham
Foreign Ministry
Tripoli, Libya

SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya)
Serve: Foreign Minister Abdel Rahman Shalgham
Foreign Ministry
Tripoli, Libya

by: (check one)   ☐ registered mail, return receipt requested
                  ☑ ~~DHL~~ Federal Express -EBM

pursuant to the provisions of: (check one)
                  ☐ FRCP 4(f)(2)(C)(ii)
                  ☑ 28 U.S.C. § 1608(a)(3)
                  ☐ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): Socialist People's Libyan Arab Jamahiriya (Libya) and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Steven R. Perles (DC Bar # 326975)
Perles Law Firm, PC
1146 19th Street, NW
Suite 500
Washington, DC 20036

(Name and Address)