# FedEx International Air Waybill

*For FedEx services worldwide*

/0000B/0025/0033448668/3

**1 From** *Please print and press hard.*

- Date: 7/7/06
- Sender's FedEx Account Number: 1590-0137-7
- Sender's Name: STEVEN PERLES
- Company: THE PERLES LAW FIRM
- Phone: 202 955-9055
- Address: 1146 19TH ST NW FL 5
- City: WASHINGTON
- State/Province: DC
- ZIP/Postal Code: 20036-3703
- Country: USA

**2 To**

- Recipient's Name: Foreign Minister Abdel Rahman Shalgam
- Company: Ministry of Foreign Affairs
- City: Tripoli
- Country: Libya

**3 Shipment Information**
- Total Packages: 1
- Commodity Description: documents

**4 Express Package Service**
- [X] FedEx Intl. Priority

**7a Payment** *Bill transportation charges to:*
- [X] Sender

**8 Your Internal Billing Reference:** 1050

**9 Required Signature** (signed)

FedEx Tracking Number: 8546 5447 4527

Form ID No. 0402

500