CO 226
Rev. 4/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Daryal V. Clay, et. al
_____
Plaintiff(s)

vs.

Civil Action No.: 06CV-00707

Great Socialist People's Libyan Arab Jamahiriya, a/k/a Libya, et al.
_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Great SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya)
Serve: Foreign Minister Abdel Rahman Shalgham
Ministry of Foreign Affairs
Tripoli, Libya
JAMAHIRIYA SECURITY ORGANIZATION
Serve: Foreign Minister Abdel Rahman Shalgham
Ministry of Foreign Affairs
Tripoli, Libya

by: (check one)
☐ registered mail, return receipt requested
☑ ~~DHL~~ Federal Express

pursuant to the provisions of: (check one)
☐ FRCP 4(f)(2)(C)(ii)
☑ 28 U.S.C. § 1608(a)(3)
☐ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): Great SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA - Libya, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

(Signature)

Steven R. Perles (D.C.Bar #326975)
1146 19th Street, NW
Suite 500
Washington, DC 20036
202.955.9055

(Name and Address)