**PERLES LAW FIRM PC**
1146 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036
202.955.9055
FAX: 202.955.3806
www.perleslaw.com

**FILED**

JUL 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

July 13, 2006

VIA ELECTRONIC DELIVERY
Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE: Clay, et. al v. Great Socialist People's Libyan Arab Jamahiriya, a/k/a Libya, et al., CA 06-00707; and
Harris, et. al v. Great Socialist People's Libyan Arab Jamahiriya, a/k/a Libya, et al., CA 06-00732

Dear Ms. Francis:

On July 7, 2006, the Clerk of the Court certified the contents of two service of process packages, with all the required contents, in the above-noted actions for delivery to the Defendant foreign state under the prescriptions of 28 U.S.C. § 1603(a)(3). On the same day, Federal Express took receipt of the packages for delivery to the Defendants. Federal Express told counsel for Plaintiffs that they could expect delivery to accomplished by late evening Monday, July 10.

On Wednesday, July 13, Carolyn Harris, an international tracing specialist for Federal Express, informed our office that the package had been lost since Sunday, July 9. Counsel for Plaintiffs therefore request the Clerk of the Court to certify two new service of process packages for the above-noted cases for delivery to the Defendant foreign state under the prescriptions of 28 U.S.C. § 1603(a)(3). Counsel has properly filled out an affidavit for foreign mailing for each case.

Thank you for your time on this issue. Please call me with any questions or further concerns.

Sincerely,

*EDWARD MACALLISTER*

Edward MacAllister

EBM/