FedEx Express U.S. Mail: PO Box 727 Telephone 901-369-3600
Customer Support Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



CA-06-707
CA-06-732

July 17, 2006

EDWARD MCCALLISTER
(202) 955-3806

Dear EDWARD MCCALLISTER:

Our records reflect the following delivery information for the shipment with the tracking number 854654474527. The information is incomplete and we regret the inconvenience this may cause. However, as stated in the FedEx Service Guide, we assume no liability for our inability to provide a copy of the delivery record.

Delivery Information:

   Signed For By:  O.ALMGRBE

   Delivered to:

   Delivery Date:  July 16, 2006

   Delivery Time:  10:05 AM

Shipping Information:

Shipment Reference Information: 1050

| | | | |
|---|---|---|---|
| Tracking No: | 854654474527 | Ship Date: | July 07, 2006 |
| Shipper: | STEVEN PERLES<br>THE PERLES LAW FIRM<br>1146 19TH ST NW FL 5<br>1146 19TH ST NW FL 5<br>WASHINGTON, DC 200363703<br>US | Recipient: | ABDEL RAHMAN SHALGBAM<br>MINISTRY OF FOREIGN AFFAIRS<br>NOT GIVEN<br>NOT GIVEN<br>TRIPOLI, 234<br>LY |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R20060717002287636001

This Information is provided subject to the FedEx Service Guide.

CA-06-707
CA-06-732

# FedEx International Air Waybill

**Manifest Billing Copy**

## 1 From
- **Date:**
- **Sender's Name:** STEVEN PERLES
- **Sender's FedEx Account Number:** 1530-0137-1
- **Company:** THE PERLES LAW FIRM
- **Phone:** 202 955-9055
- **Address:** 1146 19TH ST NW FL 5
- **City:** WASHINGTON
- **State/Province:** DC
- **ZIP/Postal Code:** 200361220
- **Country:** USA

## 2 To
- **Recipient's Name:** Foreign Minister Abdel Rahman Shalgam
- **Company:** Ministry of Foreign Affairs
- **Address:** November 7 Street
- **City:** Tripoli
- **Country:** Libya

## 3 Shipment Information
- **Total Packages:** 1
- **Total Weight:** 1 lbs
- **Commodity Description:** documents

## 4 Express Package Service
- [X] FedEx Intl. Economy — FedEx 10kg Box

## 5 Packaging
- FedEx Box

## 7a Payment Bill transportation charges to:
- [X] Sender

## 7b Payment Bill duties and taxes to:
- [X] Sender

**FedEx Tracking Number:** 8546 5447 4550
**URSA Routing:** 0402

Package Label / Commercial Invoice Label / Delivery Record Label / Delivery Reattempt Label: 8546 5447 4550