AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

DARYAL V. CLAY, ET AL.,

    Plaintiff(s)

vs.

SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA & JAMAHIRIYA SECURITY ORGANIZATION

    Defendant(s)

**APPEARANCE**

CASE NUMBER  06-CV-707 (RWR)

To the Clerk of this court and all parties of record:

Please enter the appearance of __ARMAN DABIRI__ as counsel in this
                              (Attorney's Name)

case for: SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA & JAMAHIRIYA SECURITY ORGANIZATION
            (Name of party or parties)

AUGUST 29, 2006
Date

/s/ A. Dabiri
Signature

ARMAN DABIRI
Print Name

463351
BAR IDENTIFICATION

1725 I STREET, NW SUIT 300
Address

WASHINGTON, D.C. 20006
City    State    Zip Code

(202) 349-3893   ARMANDAB@WORLDNET.ATT.NET
Phone Number