IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYAL V. CLAY, *ET AL.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Case No: 06-707 (RWR) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.,* ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION**
**FOR DEFENDANTS' TIME TO RESPOND**

Defendants, The Socialist People's Libyan Arab Jamahiriya and The Jamahiriya Security Organization (hereafter "Libya") move for an extension of time for Libya to submit its responsive pleading to plaintiffs' complaint.

The time for Libya's response is determined by the statute, codified under 28 U.S.C. § 1608(d), which states:

> **(d)** In any action brought in a court of the United States or of a Sate, a foreign state, a political subdivision thereof, or an agency or instrumentality of a foreign state shall serve an answer or other responsive pleading to the complaint within sixty days after service has been made under this section.

It would appear, by way of plaintiffs' proofs of service submitted before the Court as well as counsels consultation, that service, pursuant to the FSIA, on the Libyan Government was made on or about July 06, 2006. Libya's response date, under the statute, is September 6, 2006. Undersigned counsel has only recently been retained to represent Libya in the above captioned matter and requires additional time to submit a response.

Undersigned has conferred with counsel for plaintiffs who has consented to a thirty (30) day extension of time for Libya's response.

**WHEREFORE**, Libya requests that the instant motion be granted in all respects and the date of October 6, 2006 be set for Libya's responsive pleading to plaintiffs' complaint. A proposed Order is attached hereto.

Dated:        August 29, 2006

Respectfully Submitted,

 //s//
Arman Dabiri
Law Offices of Arman Dabiri &
        Associates, PLLC
1725 I Street, N.W.
(202) 349-3893
Washington, D.C. 20006
E-mail: armandab@worldnet.att.net

*Counsel for Defendants*