**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DARYAL V. CLAY, *ET AL.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Case No: 06-707 (RWR) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.*, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR DEFERRAL OF**
**DATE FOR DEFENDANTS' RESPONSE**

Plaintiffs and defendants (the "parties") jointly move for a deferral of the date for defendants' filing of a responsive pleading.

The parties are in the process of exploratory talks to determine if it may be possible to resolve the issues in this case by means other than continuing this litigation. In order to provide time for the parties to reach a positive resolution, the parties jointly request and extension, until October 20, 2006, for Libya to file a responsive pleading to plaintiffs' complaint. Counsel for plaintiffs has authorized counsel for defendants to file this joint motion.

**WHEREFORE**, the parties request that the instant motion be granted in all respects and the date of October 20, 2006 be set for Libya's responsive pleading to plaintiffs' complaint. A proposed order is attached hereto.

Dated:      October 4, 2006

                                                        Respectfully Submitted,


                                                         //s//
                                                        Arman Dabiri
                                                        Law Offices of Arman Dabiri &
                                                              Associates, PLLC
                                                        1725 I Street, N.W.
                                                        (202) 349-3893
                                                        Washington, D.C. 20006
                                                        E-mail: armandab@worldnet.att.net


                                                        *Counsel for Defendants*