## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYAL V. CLAY, *ET AL.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | )   Civil Case No: 06-707 (RWR) |
| | ) |
| THE SOCIALIST PEOPLE'S LIBYAN | ) |
| ARAB JAMAHIRIYA, *ET AL.,* | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The joint motion of defendants and plaintiffs for deferral of defendants' time to file a responsive pleading to plaintiffs' complaint, is **GRANTED**.

The date of November 10, 2006 is set for the defendants' responsive pleading to plaintiffs' complaint.

_____
UNITED STATES DISTRICT JUDGE

Dated:_____, 2006