**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DARYAL V. CLAY, *ET AL.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Case No: 06-707 (RWR) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.,* ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR DEFERRAL OF
DATE FOR DEFENDANTS' RESPONSE**

Plaintiffs and defendants (the "parties") jointly move for a deferral of the date for defendants' filing of a responsive pleading.

The parties continue the process of exploratory talks and are making progress to resolve the issues in this case by means other than continuing this litigation. In order to provide time for the parties to reach a positive resolution, the parties jointly request and extension, until January 15, 2007, for Libya to file a responsive pleading to plaintiffs' complaint.

Counsel for plaintiffs, Steve Perles, Esq., has authorized counsel for defendants to file this joint motion.

**WHEREFORE**, the parties request that the instant motion be granted in all respects and the date of January 15, 2007 be set for Libya's responsive pleading to plaintiffs' complaint. A proposed order is attached hereto.

Dated:       November 30, 2006

                                                                Respectfully Submitted,


                                                                 //s//
                                                                Arman Dabiri
                                                                Law Offices of Arman Dabiri &
                                                                       Associates, PLLC
                                                                1725 I Street, N.W.
                                                                (202) 349-3893
                                                                Washington, D.C. 20006
                                                                E-mail: armandab@worldnet.att.net


                                                                *Counsel for Defendants*