## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYAL V. CLAY, *ET AL.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Case No: 06-707 (RWR) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The joint motion of defendants and plaintiffs for deferral of defendants' time to file a responsive pleading to plaintiffs' complaint, is **GRANTED**.

The date of January 15, 2007 is set for the defendants' responsive pleading to plaintiffs' complaint.

                                                               UNITED STATES DISTRICT JUDGE

Dated:_____, 2006