# EXHIBIT A



الجماهيرية العربية الليبية
الشعبية الاشتراكية العظمى

اللجنة الشعبية العامة للعدل
والأمن العام

ادارة القانون

رقم الملف : ع ع ق / ١٧/ ٤٩

التاريخ ٢٠ / ٢ / ١٣٧٠ و . ر
الموافق ٢٠ / ٢ / ٢٠٠٢ ف

الأخ / رئيـــــــس إدارة القضايـا

بعد التحية ،،،،

إيمـــاءاً إلى كتـابكم رقــم أ – ق – ١ – ١٠ – ٧٠ المــؤرخ
في ٢٨ / ١ / ٢٠٠٢ ف المرفق بـه كتـاب الأخ المستشار القانونى لجهـاز الأمـن
الخارجى بتاريخ ٣١ / ١٢ / ٢٠٠١ ف والمتعلق بالاستفسـار عـن مـدى تمتـع هيئة
الأمن الخارجى بالشخصية الإعتبارية المستقله من عدمه .

**ووداً على ذلك نفيد :–**

إن المادة الأولى من القانون رقم ٧٥ لسنة ٧٦ ف بشأن هيئة أمن الجمهورية
نصت على أن " تنشأ هيئة عامة مستقله تسمى ( هيئـة أمـن الجمهورية ) تكون لهـا
الشخصية الإعتبارية ، وتلحق بمجلس قيادة الثورة " .

ونصت المادة الأولى من القانون رقم ٤ لسنـة ٨٤ ف بإنشـاء اللجنـة الشعبيـة
العامـة للأمـن الخـارجى علـى أن " إسـتثناء مـن أحكـام القـانون رقـم ١٣
لسنـة ١٩٨١ ف بشـأن اللجـان الشـعبية تنشـأ لجنـة شـعبية عامـة نوعيـة
تسمى ( اللجنة الشعبية العامة للأمن الخارجي ) تتبع اللجنة الشعبية العامة " .

كمـا نصـت المـادة الرابعـة مـن ذات القـانون علـى أن " تلحـق هيئـة أمـن
الجماهيرية المنشأة بالقانون رقم ٧٥ لسنة ٧٦ ف ، باللجنـة الشعبيـة العامـة للأمـن
الخارجى وتكون الجهاز التنفيذى لهذه اللجنة .

وتمارس اللجنة كافة الاختصاصات والمهام الأمنية المسندة إلى هيئة أمن الجماهيرية
وتصدر اللجنة الشعبية العامة اللوائح والقرارات اللازمة لإعادة تنظيم الهيئة بناء

بشأن هيئة أمن الجماهيرية والقانون رقم 4 / 84 بإنشاء اللجنة الشعبية العامة

للأمن الخارجي وغيرهما من التشريعات الأخرى النافذة .

وبمطالعة ما تقدم من نصوص يبين أن هيئة أمن الجماهيرية قد أنشئت

بموجب القانون رقم 75 لسنة 76 ف كهيئة عامة مستقلة وقد منحت لها

الشخصية الإعتبارية المستقلة وألحقت بمجلس قيادة الثورة ثم ألحقت باللجنة

الشعبية العامة للأمن الخارجي بموجب القانون رقم 4 لسنة 1984 الذى أعتبرها

الجهاز التنفيذى لتلك اللجنة حيث أنيطت بهذه اللجنة ممارسة كافة الصلاحيات

والمهام التى كانت مسندة للهيئة مما يدل على أنه بصدور القانون رقم 4 لسنة

84 المشار إليه لم يعد لهيئة أمن الجماهيرية الشخصية الإعتبارية المستقلة بسبب

حلول اللجنة الشعبية العامة للأمن الخارجي محل الهيئة فيما لها من إختصاصات

وصلاحيات وقد تأكد ذلك بصدور القانون رقم 2 لسنة 85 ف المشار إليه

والذى ألغى كل من هيئة أمن الجماهيرية واللجنة الشعبية العامة للأمن الخارجي

الذى أسند المهام والمسئوليات والإختصاصات والصلاحيات التى كانت ممنوحة

لكل منهما إلى أمانة العدل ومن ثم فإن الشخصية الإعتبارية للهيئة تكون قد

انقضت منذ صدور القانون المذكور فالشخصية الإعتبارية تنقضى بنفس الأسلوب

الذى نشأت به ، ومما يؤكد هذا النظر أيضاً أنه قد صدر قرار اللجنة الشعبية

العامة رقم 677 لسنة 1985 ف بإستحداث جهاز عام تحت مسمى جهاز الأمن

الخارجى يتبع اللجنة الشعبية العامة للعدل والأمن العام وقد عُهد إليه القيام بالمهام

والمسئوليات والإختصاصات والصلاحيات المنصوص عليها في القانون رقم 75

لسنة 76 ف بشأن هيئة أمن الجماهيرية والقانون رقم 4 لسنة 1984 ف بإنشاء

اللجنة الشعبية العامة للأمن الخارجي بعد إلغائهما وبالإطلاع هذا القرار يبين أنه

قد خلا مما يشير إلى تمتع الجهاز المنشأ بالشخصية الإعتبارية المستقلة ومن ثم فإنه

يعـــــدوحدة إدارية تتبع " اللجنة الشعبية العامة للعدل والأمن العام " مثله مثل

باقي الأجهزة الأخرى التابعة لهذه الأمانة ولا يتمتع بالشخصية الإعتبارية لأن

على عرض من اللجنة الشعبية العامة للأمن الخارجي وذلك بما يتفق وأحكام هـذا القانون " .

كذلك نصت المادة الخامسة من ذات القانون على أن " مـع عـدم الإخلال بأحكام المادة السادسة من هذا القانون تتولى اللجنة الشعبية العامة للأمن الخارجي إدارة هيئة أمن الجماهيرية وللجنة – في هذا الشأن – مباشرة كافة الصلاحيات المقررة لكل من رئيس الهيئة ونائبه في القانون رقم 75 لسنة 76 بشأن هيئة أمن الجماهيرية في المسائل المالية والإدارية والمسائل المتعلقة بشئون الموظفين وذلك على النحو الذى تبينه اللوائح الـذى تصدرهـا اللجنـة الشعبية العامة بناء على عـرض مـن اللجنـة الشعبية العامـة للأمن الخـارجي بإعـادة تنظيـم هيئـة أمن الجماهيرية " .

ونصت المادة الأولى من القانون رقم 2 لسنة 85 ف فى شأن إضافة بعض الإختصاصات إلى أمانة العدل على أن " تتولى أمانة العدل كافة المهام والمسؤليات والإختصاصات والصلاحيات التي كانت مسندة إلى كل من اللجنة الشعبية العامة للأمن الخارجي بموجب القانون رقم 4 لسنة 1984 م وهيئة أمن الجماهيريـة بموجب القانون رقم 75 لسنة 76 ف وغيرهما من التشريعات الأخرى النافذة . "

كما نصت المادة الثالثة من ذات القانون على أن " تلغى اللجنـة الشعبية العامة للأمن الخارجي وهيئة أمن الجماهيرية ويلغى كل حكم فى القانون رقم 75 لسنة 1976 م . والقانون رقم 4 لسنة 1984 م . المشار إليهما يتعارض مع أحكام هذا القانون . "

على إثر ذلك صدر قرار اللجنة الشعبية العامة رقم 677 لسنة 1985 ف بإنشاء جهاز الأمن الخارجي ونص في مادته الأولى على أن " ينشأ جهاز عـام يسـمى " جهـاز الأمـن الخـارجي " يتبـع اللجنـة الشعبية العامـة للعـدل وتحـدد إختصاصاته وفقاً لأحكام هذا القرار ..

كما نص في المادة الثانيـة منـه على أن " يعمـل الجهـاز على القيـام بالمهـام والمسؤليات والإختصاصات والصلاحيات المنصوص عليها بالقانون رقم 75 / 76

الشخصية القانونية لا تكتسب إلا بنص صريح فى القانون أو بقرار من الجهة المختصة بذلك .

## لــــذلـــــــــك

ترى إدارة القانون أن جهاز الأمن الخارجى لا يتمتع بالشخصية القانونية منذ إلغاء هيئة أمن الجماهيرية بموجب القانون رقم 2 / 1985 ف وذلك على التفصيل السابق بيانه .

والسلام عليكم ورحمة الله وبركاته ،،،،

المستشار

الشريف الأزهرى

رئيس إدارة القانون





ه/ أ . الزائدى *◻* / هـــناء **