## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYAL V. CLAY, *ET AL.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No: 06-707 (RWR) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Court having considered the defendants' motion to dismiss for lack of subject-matter and personal jurisdiction under the Foreign Sovereign Immunities Act of 1976, as amended, and in the alternative, for failure to state claims upon which relief can be granted and plaintiffs' opposition thereto, and all replies and responses, it is hereby

**ORDERED**, that defendants' motion to dismiss be, and hereby is, granted and it is further

**ORDERED**, that plaintiffs' complaint be, and hereby is, dismissed with prejudice.

_____

UNITED STATES DISTRICT JUDGE

Dated:_____, 2007