# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Katherine Harris, et al., <br><br> Plaintiffs <br><br> v. <br><br> SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) et al. <br><br> Defendants | CV 06-0732 (RWR) |

## CONSENT MOTION FOR A 60 DAY STAY

The Parties both respectfully move the Court to stay the case for 60 days until March 22, 2007.

The parties refer the Court to their attached Memorandum of Points and Authorities in support of their Motion.

Dated:  January 22, 2007                    Respectfully submitted,


**/s/ Steven R. Perles**
Steven R. Perles
Perles Law Firm, PC
1146 19th Street, NW, Fifth Floor
Washington, DC  20036
Telephone:  202-955-9055
Telefax:  202-955-3806

Counsel for Plaintiffs


**/s/ Arman Dabiri**
Arman Dabiri
Law Offices of Arman Dabiri &
Associates, P.L.L.C.
1725 I Street, N.W.
Suite 300
Washington, D.C. 20006
Tel: (202) 349-3893
Fax: (202) 349-3895
E-mail: armandab@worldnet.att.net

Counsel for Defendants