# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Katherine Harris, : | |
| et al., : | |
| Plaintiffs : | |
| : | CV 06-0732 (RWR) |
| v. : | |
| SOCIALIST PEOPLE'S LIBYAN : | |
| ARAB JAMAHIRIYA (Libya) : | |
| et al. : | |
| Defendants : | |

## MEMORANDUM IN SUPPORT OF PARTIES'
## CONSENT MOTION FOR A 60 DAY STAY

Defendants filed a Motion to Dismiss Plaintiffs' complaint on January 15, 2007. Pursuant to Local Rule 7(b), Plaintiffs' reply is now due January 26, 2007.

Plaintiffs and Defendants believe a 60 day stay is in order to analyze whether impending US-Libya government-to-government talks on the subject of the LaBelle Discotheque bombing might benefit the disposition of the case. In order to provide time for the governments to conduct such talks, Plaintiffs and Defendants jointly request a stay in the case, which would extend Plaintiffs' time to file an opposition to Defendants' Motion to Dismiss until March 26, 2007. The stay will allow the court to conserve judicial resources that would otherwise be potentially squandered in the adjudication of a motion to dismiss in this case.

Therefore, in the interests of judicial economy, the parties jointly request a 60 day stay.

Dated: January 22, 2007  Respectfully submitted,

**/s/ Steven R. Perles**
Steven R. Perles
Perles Law Firm, PC
1146 19th Street, NW, Fifth Floor
Washington, DC 20036
Telephone: 202-955-9055
Telefax: 202-955-3806

Counsel for Plaintiffs


**/s/ Arman Dabiri**
Arman Dabiri
Law Offices of Arman Dabiri &
Associates, P.L.L.C.
1725 I Street, N.W.
Suite 300
Washington, D.C. 20006
Tel: (202) 349-3893
Fax: (202) 349-3895
E-mail: armandab@worldnet.att.net

Counsel for Defendants