# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Daryal Clay, | : |
| et al., | : |
|     Plaintiffs | : |
| | : CV 06-0707 (RWR) |
|     v. | : |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) | : |
| et al. | : |
|     Defendants | : |

## ORDER

Upon the Motion of the Parties , the Court this _____ day of _____, 2007 it is hereby **ORDERED,** that the Consent Motion to Stay the Case for 60 days, be and it is granted.

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**

**COPIES TO:**

    **STEVEN R. PERLES, Esq.**
    **1146 19th Street, NW**
    **Suite 500**
    **Washington, DC 20009**

    **ARMAN DABIRI, Esq.**
    **1701 Pennsylvania Avenue, NW**
    **Suite 300**
    **Washington, DC 20006**