# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Daryal V. Clay, <br><br> et al., <br><br>　　　　Plaintiffs <br><br>　　　v. <br><br> SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) <br><br> et al. <br><br>　　　　Defendants | :<br>:<br>:<br>:<br>:  CV 06-0707 (RWR)<br>:<br>:<br>:<br>:<br>: |

## PLAINTIFFS' EXPARTE MOTION FOR A 14 DAY STAY

Plaintiffs respectfully move the Court to stay the case for another 14 days from the date of the Court's Order. The current stay expired on May 26, 2007.

Plaintiffs refer the Court to their attached Memorandum of Points and Authorities in support of their Motion.

Dated: June 4, 2007　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Steven R. Perles**
　　　　　　　　　　　　　　　　　　　Steven R. Perles
　　　　　　　　　　　　　　　　　　　Perles Law Firm, PC
　　　　　　　　　　　　　　　　　　　1146 19th Street, NW, Fifth Floor
　　　　　　　　　　　　　　　　　　　Washington, DC  20036
　　　　　　　　　　　　　　　　　　　Telephone:  202-955-9055
　　　　　　　　　　　　　　　　　　　Telefax:  202-955-3806

　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs