# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Daryal Clay, | : |
| et al., | : |
| Plaintiffs | : |
| | : CV 06-0707 (RWR) |
| v. | : |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) | : |
| et al. | : |
| Defendants | : |

## ORDER

Upon the Motion of the Plaintiffs, the Court this _____ day of _____, 2007,

it is hereby **ORDERED,** that the Motion to Stay the Case for 14 days from this Order, be and it is granted.

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**

**COPIES TO:**

       **STEVEN R. PERLES, Esq.**
       **1146 19th Street, NW**
       **Suite 500**
       **Washington, DC 20009**

       **ARMAN DABIRI, Esq.**
       **1701 Pennsylvania Avenue, NW**
       **Suite 300**
       **Washington, DC 20006**