# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYAL V. CLAY, *ET AL.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Case No: 06-707 (RWR) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.,* ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court having considered plaintiffs' "Exparte Motion for a 14 Day Stay", defendants' opposition thereto, and all relevant replies and responses, it is hereby

**ORDERED**, that plaintiffs' Exparte Motion for a 14 Day Stay is **DENIED**, and it is further

**ORDERED**, that defendants' Motion to Dismiss is considered as **CONCEDED**, and it is further

**ORDERED**, that plaintiffs' complaint be **DISMISSED** with prejudice.

 

 

_____

UNITED STATES DISTRICT JUDGE

Dated:_____, 2007