# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Daryal V. Clay, et al., Plaintiffs<br><br>v.<br><br>SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) et al.<br><br>Defendants | :<br>:<br>:<br>:<br>: CV 06-0707 (RWR)<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFFS' FED. R. CIV. P. MOTION 6(b)(2) FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION**

In the instant motion, pursuant to Fed. R. Civ. P. 6(b)(2), Plaintiffs respectfully move the Court to allow an extension of time to file Plaintiffs' Opposition (attached as Exhibit A) to Libya's Motion to Dismiss on the date of the Court's Order.

Plaintiffs refer the Court to their attached Memorandum of Points and Authorities in support of their Motion.

Dated:  June 18, 2007                   Respectfully submitted,


                                        **/s/ Steven R. Perles_____**
                                        Steven R. Perles
                                        Perles Law Firm, PC
                                        1146 19th Street, NW, Fifth Floor
                                        Washington, DC  20036
                                        Telephone:  202-955-9055
                                        Telefax:  202-955-3806

                                        Counsel for Plaintiffs