## Steve Perles

| | |
|---|---|
| From: | Steve Perles |
| Sent: | Tuesday, June 05, 2007 1:38 PM |
| To: | 'armandab@att.net' |
| Cc: | Edward MacAllister |
| Subject: | FW: Harris and Clay v. Libya |
| Attachments: | motion stay.6.4.pdf; motion stay.MEMO.6.4.pdf; motion stay.PROPOSED ORDER.6.4.pdf; motion stay.MEMO.6.4.pdf; motion stay.PROPOSED ORDER.6.4.pdf; motion stay.6.4.pdf |

Arman,

Ed tells me you are traveling. In case the ECF system hasn't caught up with you, we filed two ex parte motions for a stay yesterday in the separate matters of Harris and Clay v. Libya. We asked for your consent and you responded that you were without authority to give an answer, as we represented in the papers yesterday. I have attached a courtesy copy of the two motions to this email. The papers filed in each case are identical. Although Ed advised me you are now going back to your clients to query whether they will consent to a further stay, I felt we had to bring this matter to the attention of the court now. We are still seeking your consent and hope that you will continue to work with us on a collegial basis joining in the motions. Please let us know as soon as possible your client's response.

Assistant Secretary of State Welch has recently advised Members of Congress that resolving the LaBelle claims remains one of his highest priorities. Yesterday, I had a brief opportunity to speak with Undersecretary of State Nicolas Burns about LaBelle. We agreed to meet at a more opportune time to discuss what State Department efforts will be made to help resolve the LaBelle matter. I know you will also be discussing the status of the LaBelle claims with the Government of Libya soon. Hopefully after you have met with the Government of Libya and I have met with officials at the Department of State we will have a better picture of the government-to-government efforts being made in pursuit of a settlement. I expect we will then be able to mutually agree upon what we should recommend to the Court.

Steve

Steven R. Perles
Perles Law Firm, PC
1146 19th Street, NW
Suite 500
Washington, DC 20036
(202) 955-9055 (p)
(202) 955-3806 (f)
sperles@perleslaw.com
www.perleslaw.com

6/18/2007