# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Daryal Clay, <br><br> et al., <br><br>     Plaintiffs <br><br> v. <br><br> SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) <br><br> et al. <br><br>     Defendants | CV 06-0707 (RWR) |

## ORDER

Upon the Motion of the Plaintiffs, the Court this _____ day of _____, 2007, it is hereby **ORDERED,** that Plaintiffs' Fed. R. Civ. P. 6(b)(2) Motion to allow an extension of time to file Plaintiffs' Opposition (attached as Exhibit A) to Libya's Motion to Dismiss on the date of the Court's Order be and it is granted and the Opposition deemed filed as of this date.

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**

**COPIES TO:**

    **STEVEN R. PERLES, Esq.**
    **1146 19th Street, NW**
    **Suite 500**
    **Washington, DC 20009**

    **ARMAN DABIRI, Esq.**
    **1701 Pennsylvania Avenue, NW**
    **Suite 300**
    **Washington, DC 20006**