UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Daryal Clay, :
:
et al., :
:
    Plaintiffs :
: CV 06-0707 (RWR)
v. :
:
SOCIALIST PEOPLE'S LIBYAN :
ARAB JAMAHIRIYA (Libya) :
:
et al. :
:
    Defendants :

## ORDER

Upon the Motion of the Plaintiffs, the Court this _____ day of _____, 2007, it is hereby **ORDERED,** that the Motion to strike the portions of Defendants' Reply Memorandum to Plaintiffs' Opposition to Defendants' Motion to Dismiss that pertain to a statute of limitations defense, be and it is granted.

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**

**COPIES TO:**

    STEVEN R. PERLES, Esq.
    1146 19th Street, NW
    Suite 500
    Washington, DC 20009

    ARMAN DABIRI, Esq.
    1701 Pennsylvania Avenue, NW
    Suite 300
    Washington, DC 20006