# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Daryal V. Clay | : |
| et al. | : |
| Plaintiffs | : |
| v. | : |
| | : CV 06-0707 (RWR) |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) | : |
| et al. | : |
| Defendants | : |

**ORDER**

Upon the Motion of the Plaintiffs, the Court this _____ day of _____, 2008,

it is hereby **ORDERED,** that the Motion for Leave to Amend the Complaint, be and it is granted; and it is also

hereby **ORDERED,** that Defendants' Motion to Dismiss is denied.

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**

**COPIES TO:**

  STEVEN R. PERLES, Esq.
  1146 19th Street, NW
   Suite 500
  Washington, DC 20009

  ARMAN DABIRI, Esq.
   1701 Pennsylvania Avenue, NW
   Suite 300
   Washington, DC 20006