### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF COLUMBIA

DARYAL V. CLAY, *ET AL.*,       )
        )
       Plaintiffs,      )
        )     Civil Case No: 06-707 (RWR)
        )
THE SOCIALIST PEOPLE'S LIBYAN     )
ARAB JAMAHIRIYA, *ET AL.,*      )
        )
       Defendants.     )

### CONSENT MOTION
### FOR ENLARGEMENT OF DEFENDANTS' TIME TO RESPOND

Defendants, The Socialist People's Libyan Arab Jamahiriya and The Jamahiriya Security Organization (hereafter "Libya") move for an extension of time for Libya to submit its responsive pleading to plaintiff's' "Motion for Leave to File Amended Complaint" and for "An Expedited Denial of Defendants' Motion to Dismiss".

On January 28, 2008, the President signed into law the National Defense Authorization Act for Fiscal Year 2008.  Pub. L. No. 110-181. Section 1083 of that Act amends Section 1605(a)(7) of the Foreign Sovereign immunities Act which was the statutory provision relied upon by the plaintiff in the above captioned matter.  The Plaintiff, based on the change in the controlling law, has moved to amend his complaint and to dismiss Libya's motion to dismiss currently pending before the Court.

As the 2008 Amendment to the FSIA drastically alters the nature of foreign sovereign immunity, Libya requires additional time to properly analyze the new statute and to submit its responsive pleading in response to plaintiffs' motion.[1]

---

[1] Plaintiffs in other similar FSIA cases have also moved for such amendments of their complaints which has imposed serious time constraints on Libya.

Undersigned has conferred with counsel for the plaintiff, Steven R. Perles, Esq.  Mr.

Perles has consented to a one week extension of time for Libya's response.  Libya's responsive

pleading is currently due on Monday, February 11, 2008.

**WHEREFORE**, Libya requests that the instant motion be granted in all respects and the

date of  February 19, 2008, be set for Libya's responsive pleading.[2]  A proposed Order is

attached hereto.

Dated:          February 8, 2008

                                                    Respectfully Submitted,


                                                     //s//
                                                    Arman Dabiri
                                                    Law Offices of Arman Dabiri &
                                                          Associates, PLLC
                                                    1725 I Street, N.W.
                                                    (202) 349-3893
                                                    Washington, D.C. 20006
                                                    E-mail: armandab@worldnet.att.net


                                                    _Counsel for Defendants_

---

[2] February 18, 2008 is a federal holiday.

2