## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYAL V. CLAY, *ET AL.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No: 06-707 (RWR) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *ET AL.,* ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

### **ORDER**

The consent motion of defendants, The Socialist People's Libyan Arab Jamahiriya and The External Security Organization, for an extension of time to respond, is **GRANTED**.

The date of February 19, 2008 is set for the defendants' responsive pleading.

_____
UNITED STATES DISTRICT JUDGE

Dated:_____, 2008.