# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DARYAL V. CLAY, *ET AL.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Case No: 06-707 (RWR) |
| | ) | |
| THE SOCIALIST PEOPLE'S LIBYAN | ) | |
| ARAB JAMAHIRIYA, *ET AL.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

The Court, having considered plaintiffs'"Motion for Leave to File an Amended

Complaint Based Upon Change in Controlling Law and for an Expedited Denial of Defendants'

Motion to Dismiss, defendants' opposition thereto, and all applicable responses and replies, it is

hereby

**ORDERED**, that plaintiffs' motion is **DENIED** in its entirety.


_____

UNITED STATES DISTRICT JUDGE

Dated:_____, 2008