**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Daryal V. Clay | : |
| | : |
| et al. | : |
| | : |
|       Plaintiffs | : |
| | : |
|    v. | : |
| | :   CV 06-0707 (RWR) |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) | : |
| | : |
| et al. | : |
| Defendants | : |

**ORDER**

Upon the Motion of the Plaintiffs, the Court this _____ day of _____, 2008,

it is hereby **ORDERED,** that the Motion is granted; the facts establish that Defendants are clearly responsible and should be held civilly liable for Plaintiffs' injuries resulting from the April 5, 1986 bombing of the La Belle Discotheque.

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**