# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Daryal V. Clay | : |
| et al. | : |
|     Plaintiffs | : |
|     v. | : |
| | :   CV 06-0707 (RWR) |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) | : |
| et al. | : |
|     Defendants | : |

## ERRATA

Plaintiffs hereby file this Errata to correct Docket Entry 34. An error was made in the electronic filing of the document, such the Statement of Facts filed on March 12, 2008 was the incorrect document, and so the Statement of Facts pertinent to Plaintiffs failed to be filed and was left off the electronic docket.

Accordingly, Plaintiffs respectfully file this Errata to correct the docket and substitute in the correct Statement of Facts. Plaintiffs will re-file their Motion for Partial Summary Judgment as to Liability with the correct attachments.

2

March 13, 2008                              Respectfully Submitted,

*/s/ Steven R. Perles*

Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: 202-955-9055
Facsimile:    202-955-3806

2