UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYAL V. CLAY, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | 1:06-cv-00707-RWR |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ARAB ) | |
| JAMAHIRYA, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

### NOTICE OF APPEARANCE OF FRANCIS A. VASQUEZ, JR.

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case for Defendants Socialist People's Libyan Arab Jamahiriya and Jamahiriya Security Organization. I certify that I am a member of the bar for the United States District Court for the District of Columbia.

Dated:  March 14, 2008

Respectfully submitted,

**WHITE & CASE** LLP

/s/ Francis A. Vasquez, Jr.
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
701 Thirteenth Street, N.W.
Washington, DC  20005
Tel.:  (202) 626-3600
Fax:  (202) 639-9355

*Counsel for Defendants Socialist People's Libyan Arab Jamahiriya and Jamahiriya Security Organization*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2008, a copy of the foregoing Notice of Appearance of Francis A. Vasquez, Jr. was served upon the following parties via the Electronic Case Filing ("ECF") system:

Steven R. Perles
The Perles Law Firm, PC
1146 19th Street, N.W., Fifth Floor
Washington, DC  20036

*Counsel for Plaintiffs*

/s/ Francis A. Vasquez, Jr.