UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYAL V. CLAY, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | 1:06-cv-00707-RWR |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ARAB ) | |
| JAMAHIRYA, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## NOTICE OF APPEARANCE OF NICOLE E. ERB

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case for Defendants Socialist People's Libyan Arab Jamahiriya and Jamahiriya Security Organization. I certify that I am a member of the bar for the United States District Court for the District of Columbia.

Dated: March 14, 2008                                Respectfully submitted,

                                                     WHITE & CASE LLP

                                                     /s/ Nicole E. Erb
                                                     Nicole E. Erb (D.C. Bar No. 466620)
                                                     701 Thirteenth Street, N.W.
                                                     Washington, DC 20005
                                                     Tel.: (202) 626-3600
                                                     Fax: (202) 639-9355

                                                     *Counsel for Defendants Socialist People's Libyan Arab Jamahiriya and Jamahiriya Security Organization*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2008, a copy of the foregoing Notice of Appearance of Nicole E. Erb was served upon the following parties via the Electronic Case Filing ("ECF") system:

Steven R. Perles
The Perles Law Firm, PC
1146 19th Street, N.W., Fifth Floor
Washington, DC 20036

*Counsel for Plaintiffs*

/s/ Nicole E. Erb