# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Daryal V. Clay | : |
| et al. | : |
| Plaintiffs | : |
| v. | : |
| | : CV 06-0707 (RWR) |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) | : |
| et al. | : |
| Defendants | : |

**ORDER**

Upon the Motion of Defendants for an Enlargement of Time and Plaintiffs' Opposition thereto, the Court this _____ day of _____, 2008,

it is hereby **ORDERED,** that the Motion is denied, and

it is hereby **ORDERED,** that Defendants shall reply to Plaintiffs' Amended Complaint and to Plaintiffs' Motion for Partial Summary Judgment as to Liability by ten days from the date of this Order.

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**