**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| DARYAL V. CLAY, *et al.*, ) | | |
| ) | | |
| *Plaintiffs*, ) | | |
| ) | | |
| v. ) | 1:06-cv-00707-RWR | |
| ) | | |
| SOCIALIST PEOPLE'S LIBYAN ARAB ) | | |
| JAMAHIRYA, *et al.*, ) | | |
| ) | | |
| *Defendants*. ) | | |

**THE LIBYAN STATE DEFENDANTS' RENEWED MOTION TO**
**ENLARGE TIMES TO RESPOND AND MEMORANDUM IN SUPPORT THEREOF**

The Socialist People's Libyan Arab Jamahiriya and the Jamahiriya Security Organization (collectively the "Libyan State Defendants") respectfully request a short extension of time in which to respond to: (1) Plaintiffs' Amended Complaint filed on March 3, 2008, and (2) Plaintiffs' Motion for Partial Summary Judgment as to Liability filed March 12, 2008. Such an extension is warranted to enable the Libyan State Defendants' new counsel adequate time to prepare responses to those important filings. This request is not being made for purposes of delay or for strategic advantage.

The Libyan State Defendants previously filed, on March 14, 2008, a Motion to Substitute Counsel and Motion to Enlarge their time to respond to the above-referenced filings. (Docket No. 40). The Libyan State Defendants requested the enlargements of time for the purposes of permitting new counsel sufficient time to become familiar with this complex matter, to accommodate logistical challenges inherent in coordinating the defense of this matter with sovereign parties located outside the United States, and to thoroughly brief this matter to fully

inform the Court's analysis. The Amended Complaint seeks damages in the amount of $10,000,000.00 per count per plaintiff for a total amount of $120,000,000.00 plus punitive damages in the amount of $500,000,000.00. Furthermore, the pending Motion for Partial Summary Judgment, which attaches 124 pages of exhibits, constitutes a critical motion in this high-stakes case. The Libyan State Defendants' responses to these filings are simply too important to be submitted without adequate preparation.

On March 24, 2008, the Court denied, by Minute Order, the Motion to Substitute stating that "[t]he docket now reflects that defendants are currently represented by two firms, rather than one, and no good cause has been shown why all defense counsel cannot file a timely response to plaintiffs' amended complaint and motion for partial summary judgment." As contemplated in the Motion to Substitute Counsel, however, the Libyan State Defendants were terminating the services of their initial counsel, Arman Dabiri; he was not continuing to represent the Libyan State Defendants. On March 27, 2008, as soon as the Libyan State Defendants' written consent was obtained, Mr. Dabiri filed a Notice of Withdrawal pursuant to Local Civil Rule 83.6(b) to reflect his withdrawal.

The Libyan State Defendants respectfully submit that, in view of the Notice of Withdrawal and all the above-stated reasons, good cause has been shown to warrant at least modest enlargements of time. Undersigned counsel are aware of prior delay in this action and are committed to proceeding efficiently. Undersigned counsel have been working diligently on this action and other actions since recently being retained as national coordinating counsel. Undersigned counsel have also been engaged in serious and ongoing bilateral discussions between Libya and the United States with a view to pursuing a global resolution of these litigation matters. The latest round of these discussions took place in London during the week of

March 24, 2008.  *See* Sue Pleming, *Libya Offers New Deal to Terror Victims – U.S.*, REUTERS.COM, Mar. 26, 2008, available at http://www.reuters.com/article/latestCrisis/idUSN26348857, attached as Exhibit 1.

In view of the Court's prior Order and in the interests of moving this case forward, the Libyan State Defendants have revised their original request to substantially shorten the period of enlargement sought.

Pursuant to Local Civil Rule 7(m), counsel for the Libyan State Defendants conferred with Plaintiffs' lead counsel, Steven R. Perles, in connection with the Libyan State Defendants' original motion.  Mr. Perles stated that he would not consent to any extensions and also filed an opposition to the original motion on March 17, 2008 (Docket No. 41).

WHEREFORE, the Socialist People's Libyan Arab Jamahiriya and the Jamahiriya Security Organization respectfully request that the Court grant their Renewed Motion to Enlarge their time to respond to the Amended Complaint and Plaintiffs' Motion for Partial Summary Judgment as to Liability to April 11 and April 14, 2008, respectively.  Counsel is working diligently and will make every effort to file responses even before these requested dates.  A proposed order is attached.

Dated:  March 30, 2008                          Respectfully submitted,

WHITE & CASE LLP

/s/ Christopher M. Curran
Christopher M. Curran (D.C. Bar No. 408561)
Francis A. Vasquez, Jr.(D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 626-3600
Fax: (202) 639-9355

*Counsel for the Libyan State Defendants*