# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYAL V. CLAY, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | 1:06-cv-00707-RWR |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ARAB ) | |
| JAMAHIRIYA, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

Having reviewed and considered the Renewed Motion To Enlarge Times To Respond of the Socialist People's Libyan Arab Jamahiriya and the Jamahiriya Security Organization (collectively the "Libyan State Defendants"), and it appearing that good cause exists for granting said Motion, it is hereby

ORDERED, that the Motion is GRANTED, and it is further

ORDERED, that the Libyan State Defendants shall file their responses to the Amended Complaint by April 11, 2008 and to Plaintiffs' Motion For Partial Summary Judgment As To Liability by April 14, 2008.

SO ORDERED this _____ day of _____, 2008.

_____
Richard W. Roberts
United States District Judge