# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Daryal V. Clay<br>311 Verdun Drive<br>Clarksville, TN 37042<br><br>et al.<br><br>       Plaintiffs<br><br>    v.<br><br>SOCIALIST PEOPLE'S LIBYAN<br>ARAB JAMAHIRIYA (Libya)<br><br>et al.<br><br>       Defendants | CV 06-0707 (RWR) |

## ORDER

Upon the Renewed Motion of Defendants to Enlarge Times to Respond and Plaintiffs' Opposition thereto, the Court this _____ day of _____, 2008,

it is hereby **ORDERED,** that the Motion is denied.

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**