UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DARYAL V. CLAY, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | 1:06-cv-00707-RWR |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) | |

## ORDER

Having reviewed and considered the Socialist People's Libyan Arab Jamahiriya and the Jamahiriya Security Organization's (collectively the "Libyan State Defendants") Motion to Dismiss the Amended Complaint in its Entirety, and the papers filed in support thereof, Plaintiffs' papers filed in opposition thereto, and the entire record herein, it is hereby

**ORDERED**, that the Libyan State Defendants' Motion to Dismiss is

**GRANTED**, and the Amended Complaint is Dismissed in its entirety with prejudice.

**SO ORDERED** this _____ day of _____, 2008.

_____
RICHARD W. ROBERTS
United States District Judge