UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Daryal V. Clay<br><br>et al.<br><br>       Plaintiffs<br><br>   v.<br><br>SOCIALIST PEOPLE'S LIBYAN<br>ARAB JAMAHIRIYA (Libya)<br><br>et al.<br><br>       Defendants | CV 06-0707 (RWR) |

**ORDER**

Upon the Plaintiffs' Motion to Strike for Defendants' failure to timely file Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment, the Court this _____ day of _____, 2008,

it is hereby **ORDERED,** that the Motion is GRANTED, Defendants' filings are hereby struck, without prejudice. The Court will separately evaluate the Defendants' renewed motion for an extension of time to file. Should the Court grant Defendants' renewed motion for an extension, the deadline for Plaintiffs to file their responses will be calculated from the date of the Court's order on the Defendants' renewed motion for an extension.

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**