UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARYAL V. CLAY, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | 1:06-cv-00707-RWR |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ARAB ) | |
| JAMAHIRIYA, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## **ORDER**

Having reviewed and considered Plaintiffs' Motion to Strike Defendants' Recent Filings as Untimely and in view of the Libyan State Defendants' opposition thereto, it is hereby

ORDERED, that Plaintiffs' Motion to Strike is DENIED.


SO ORDERED this ____ day of _____, 2008.


_____
Richard W. Roberts
United States District Judge