# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Daryal V. Clay :
:
et al. :
:
      Plaintiffs :
:
    v. :
:   CV 06-0707 (RWR)
SOCIALIST PEOPLE'S LIBYAN :
ARAB JAMAHIRIYA (Libya) :
:
et al. :
:
      Defendants :

## PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

In the instant motion, pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiffs respectfully move the Court to allow them an extension of time to file their Opposition to Libya's Motion to Dismiss on or before the date of May 16, 2008.

Plaintiffs have consulted counsel for Defendants, who do not oppose this Motion, and their counsel has instructed counsel for Plaintiffs to represent the following to the Court:

> Although Plaintiffs recently declined to extend a similar courtesy to Defendants, Defendants do not oppose Plaintiffs' request for an enlargement, in the hopes that the extension of such professional courtesies will become the practice in this litigation.

Plaintiffs state the following in support of their Motion:

Plaintiffs' Opposition to Defendants' Motion to Dismiss in this case, and in the companion case of <u>Harris v. Great Socialist People's Libyan Arab Jamahiriya</u>, CA06-732 (RWR), is currently due on May 9, 2008 as a result of the Court's Minute Order of April

28, 2008, which also created a May 5, 2008 deadline for Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment in both Harris and Clay. Plaintiffs respectfully request an extension of time to file on the basis of counsel for Plaintiffs' lead role in another case that requires the filing of an opposition to a motion to dismiss on May 9, 2008 -- Sanchez v. United States, CA07-1573 (RMU). Counsel for Plaintiffs is primary counsel for the 7,125 plaintiffs in Sanchez, a vast Federal Tort Claims Act case, and an opposition to the United States' Motion to Dismiss is also due on May 9, 2008. The May 9 due date for the opposition in Sanchez has been scheduled for over one month.

Defendants' motion in this case, the Harris case and the Sanchez case are all dispositive motions that each requires a great deal of preparation time and careful review. The requested extension in this case and Harris is for only five business days and would extend Plaintiffs' time to respond to Defendants' Motion to Dismiss from May 9, 2008 to May 16, 2008.

WHEREFORE, for the good cause set forth above, Plaintiffs respectfully request that this Court grant their Motion for an Extension of Time allowing Plaintiffs to respond to the Defendants' Motion to Dismiss on or before May 16, 2008.

Dated: May 2, 2007                    Respectfully submitted,

                                      **/s/ Steven R. Perles**
                                      Steven R. Perles
                                      Perles Law Firm, PC
                                      1146 19th Street, NW, Fifth Floor
                                      Washington, DC 20036
                                      Telephone: 202-955-9055
                                      Telefax: 202-955-3806

                                      Counsel for Plaintiffs