## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Daryal V. Clay | : |
| et al. | : |
| Plaintiffs | : |
| v. | : CV 06-0707 (RWR) |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) | : |
| et al. | : |
| Defendants | : |

### ORDER

Upon the Unopposed Motion of Plaintiffs for an Extension of Time to File, the Court this _____ day of _____, 2008,

it is hereby **ORDERED,** that the Motion is GRANTED, Plaintiffs' Opposition to Defendants' Motion to Dismiss is now due on or before May 16, 2008.

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**