## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Daryal V. Clay : | |
| et al. : | |
|      Plaintiffs : | |
| : | |
| v. : | CV 06-0707 (RWR) |
| SOCIALIST PEOPLE'S LIBYAN : | |
| ARAB JAMAHIRIYA (Libya) : | |
| et al. : | |
|      Defendants : | |

## ORDER

Upon the Plaintiffs' Motion for Partial Summary Judgment and the Opposition and Reply thereto, the Court this _____ day of _____, 2008,

it is hereby **ORDERED,** that the Motion is withdrawn without prejudice to Plaintiffs' right to refile a motion for summary judgment pending the outcome of Libya challenge to subject matter jurisdiction.

 

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**