# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Daryal V. Clay, et al.,<br><br>Plaintiffs<br><br>v.<br><br>SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya), et al.,<br><br>Defendants | CV 06-0707 (RWR) |

## ORDER

Upon the Motion of Plaintiffs for Referral to Magistrate Judge Alan Kay for Mediation, the Court this _____ day of _____, 2008,

it is hereby **ORDERED,** that the Motion is GRANTED.

_____
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**