**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Daryal V. Clay : | |
| et al. : | |
|     Plaintiffs : | |
| v. : | CV 06-0707 (RWR) |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA (Libya) : | |
| et al. : | |
|     Defendants : | |

**ORDER**

Upon Defendants' Motion to Dismiss and Plaintiffs' Opposition thereto, it is hereby **ORDERED,** that the Motion is DENIED.

_____
**RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE**