JUDGE'S COPY

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | TYPE B | | |
|---|---|---|---|---|
| CASE NO:<br><br>6-707 | DATE REFERRED:<br><br>6/12/08<br><br>DISPOSITION DATE: | PURPOSE:<br><br>Mediation | JUDGE:<br><br>ROBERTS | MAG. JUDGE<br><br>Alan Kay |

| PLAINTIFF(S):<br>CLAY | DEFENDANT(S):<br>SOCIALIST PEOPLE |
|---|---|

ENTRIES:

MAGISTRATE JUDGE'S COPY

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | TYPE B | | |
|---|---|---|---|---|
| CASE NO:<br><br>6-707 | DATE REFERRED:<br><br>6/12/08<br><br>DISPOSITION DATE: | PURPOSE:<br><br>Mediation | JUDGE:<br><br>ROBERTS | MAG. JUDGE<br><br>Alan Kay |

| PLAINTIFF(S):<br> CLAY | DEFENDANT(S):<br> SOCIALIST PEOPLE |
|---|---|

ENTRIES:

COURTROOM DEPUTY COPY (Judge)

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | TYPE B | | |
|---|---|---|---|---|
| CASE NO:<br><br>6-707 | DATE REFERRED:<br><br>6/12/08<br><br>DISPOSITION DATE: | PURPOSE:<br><br>Mediation | JUDGE:<br><br>ROBERTS | MAG. JUDGE<br><br>Alan Kay |

| PLAINTIFF(S):<br> CLAY | DEFENDANT(S):<br> SOCIALIST PEOPLE |
|---|---|

ENTRIES:

COURTROOM DEPUTY COPY (Magistrate Judge)

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | TYPE B | | |
|---|---|---|---|---|
| CASE NO:<br><br>6-707 | DATE REFERRED:<br><br>6/12/08<br><br>DISPOSITION DATE: | PURPOSE:<br><br>Mediation | JUDGE:<br><br>ROBERTS | MAG. JUDGE<br><br>Alan Kay |
| PLAINTIFF(S):<br>CLAY | | | DEFENDANT(S):<br>SOCIALIST PEOPLE | |
| ENTRIES: | | | | |