## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| DARYAL V. CLAY, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | 1:06-cv-00707-RWR |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ARAB ) | |
| JAMAHIRIYA, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| _____) | |

## <u>NOTICE OF ERRATA</u>

The Libyan State Defendants respectfully submit this Notice of Errata to correct typographical and technical errors to the Libyan State Defendants' Reply Memorandum in Support of Their Motion to Dismiss the Amended Complaint (Dkt. No. 57) filed on May 27, 2008.  A corrected copy of the Reply Memorandum is attached hereto as Exhibit 1.  Attached as Exhibit 2 is a black-line version of page 6, which shows a substantive correction to an editorial error, as it appears in the corrected Reply Memorandum.

Dated:  June 17, 2008                    Respectfully submitted,

                                        **WHITE & CASE** LLP

                                        /s/ Nicole E. Erb
                                        Christopher M. Curran (D.C. Bar No. 408561)
                                        Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
                                        Nicole E. Erb (D.C. Bar No. 466620)
                                        701 Thirteenth Street, N.W.
                                        Washington, DC 20005
                                        Tel.: (202) 626-3600
                                        Fax: (202) 639-9355

                                        *Counsel for the Socialist People's Libyan Arab
                                        Jamahiriya and the Jamahiriya Security
                                        Organization*