UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DARYAL V. CLAY, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | 1:06-cv-00707-RWR |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) | |

## NOTICE OF FILING OF RECENT AUTHORITY

The Libyan State Defendants respectfully notify the Court that the United States Court of Appeals for the District of Columbia Circuit recently issued an opinion in *Simon v. Republic of Iraq*, No. 06-7175 (D.C. Cir. June 24, 2008), interpreting Section 1083 of the National Defense Authorization Act for Fiscal Year 2008, Pub. L. No. 110-181, 122 Stat. 3, and 28 U.S.C. § 1605(f). A copy of the slip opinion is attached hereto as Exhibit 1. The Libyan State Defendants intend to respectfully request the opportunity to address in full the implications of this decision on this case through supplemental briefing.

Dated:  June 27, 2008                         Respectfully submitted,

**WHITE & CASE** LLP

/s/ Nicole E. Erb
Christopher M. Curran (D.C. Bar No. 408561)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 626-3600
Fax: (202) 639-9355

*Counsel for the Socialist People's Libyan Arab Jamahiriya and the Jamahiriya Security Organization*