UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DARYAL V. CLAY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | 1:06-cv-00707-RWR |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's June 11, 2008 Order requesting a report as to the status of mediation and the parties' positions as to how this matter should proceed, the parties hereby submit this Joint Status Report to the Court:

**I.    STATUS OF MEDIATION**

On July 31, 2008, the parties held a mediation session before Magistrate Judge Kay. This was the first attempt at mediation between the parties. As the Court may be aware, Judge Kay has served as mediator in several other cases involving the Libyan State Defendants and claims alleged under 28 U.S.C. § 1605(a)(7) and 28 U.S.C. § 1605A. *See, e.g.*, *Baker v. Great Socialist People's Libyan Arab Jamahiriya*, No. 03-749 (GK); *Estate of John Buonocore III v. Great Socialist People's Libyan Arab Jamahiriya*, No. 06-727 (GK). At the outset of the mediation, Plaintiffs provided a brief presentation on the substance of their case. Magistrate Judge Kay and the parties, however, soon acknowledged that significant recent legislative and diplomatic developments potentially would be dispositive of this matter. Accordingly, Magistrate Judge

Kay halted the mediation to permit those developments to take their course. That same day, Congress passed the "Libyan Claims Resolution Act," S. 3370, 110th Cong. (the "Act") (Exhibit A), which President Bush signed into law last week. *See* Press Release, White House Office of the Press Secretary, President Bush Signs S. 3370 Into Law (Aug. 4, 2008) (Exhibit B).

The Libyan Claims Resolution Act contemplates a "comprehensive settlement . . . pursuant to an international agreement between the United States and Libya as a part of the process of restoring normal relations between Libya and the United States." Act at § 3. The Libyan State Defendants expect execution of the international agreement this week. Once that agreement is executed and the Secretary of State certifies receipt of payment, Libya will no longer be subject to jurisdiction under 28 U.S.C. §§ 1605A or 1605(a)(7). Act at § 5(a)(1)(A). Eligible claimants will have the opportunity to seek compensation through a claims-settlement mechanism to be administered by the U.S. government. *Id.* at § 5(a)(2)(B)(ii).

The press releases of Secretary of State Rice (Aug. 1, 2008) (Exhibit C), Senator Lautenberg (July 31, 2008) (Exhibit D), and Senator Biden (July 31, 2008) (Exhibit E), all in support of the Act, are also attached for the Court's reference.

## II.     FUTURE PROCEEDINGS

The parties agree that the Court should stay all proceedings in this matter for 90 days to permit the resolution of the developments described above. Although the parties do not expect to engage in further mediation or other Court proceedings in light of these recent events, the parties further propose that the stay be subject to each party's right to notify the Court that Court action is necessary. Nothing in the requested relief is intended to prohibit the parties from seeking further mediation by mutual consent from Judge Kay should it become appropriate during the pendency of the stay. If this matter is not closed prior to the expiration of the 90-day stay, the

parties will file a report with the Court on the status of the matter and any future proceedings that may be necessary.

Dated:  August 11, 2008                                         Respectfully submitted,

**PERLES LAW FIRM, P.C**

/s/ Steven R. Perles

Steven R. Perles (D.C. Bar No. 326975)
1146 19th Street, N.W.
Fifth Floor
Washington, D.C.  20036
Telephone:  202-955-9055
Facsimile:  202-955-3806

*Counsel for Plaintiffs*


**WHITE & CASE LLP**

 /s/ Nicole E. Erb

Christopher M. Curran (D.C. Bar No. 408561)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, D.C.  20005
Telephone:  202-626-3600
Facsimile:  202-639-9355

*Counsel for the Libyan State Defendants*