# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

DARYAL V. CLAY, *et al.*,

                Plaintiffs,

     v.

SOCIALIST PEOPLE'S LIBYAN
ARAB JAMAHIRIYA, *et al.*,

                Defendants.
_____

1:06-cv-00707-RWR

## ORDER

Upon consideration of the parties' joint request for a stay of proceedings in this matter, it is hereby

ORDERED that all further proceedings be stayed for 90 days to permit the resolution of the procedures identified in the Libyan Claims Resolution Act. The Court acknowledges that the parties do not expect to further engage in mediation or other Court proceedings, but that they desire the right to request a return to mediation or for other Court action. Accordingly, the Court further orders that during the 90-day stay each party may file a Notice with the Court stating the reasons why mediation or other Court action should resume. Nothing in the requested relief is intended to prohibit the parties from seeking further mediation by mutual consent from Judge Kay should it become appropriate during the pendency of the stay. If this matter is not closed

within 90 days, the parties shall file a report with the Court on the status of the matter and any

future proceedings that may be necessary.


     SO ORDERED this _____ day of _____, 2008.




                              _____
                                      Richard W. Roberts
                              United States District Court Judge