# Exhibit B



Home > News & Policies

For Immediate Release
Office of the Press Secretary
August 4, 2008

## President Bush Signs S. 3370 Into Law

On Monday, August 4, 2008, the President signed into law:

S. 3370, the "Libyan Claims Resolution Act," which provides authority to resolve pending claims against Libya by United States nationals.

# # #