# Exhibit D

Home   About Frank   Newsroom   Issues   Constituent Services   Gallery   Links   Contact

**Contacts**

**Newark Office**
One Gateway Center
Twenty-Third Floor
Newark, NJ 07102
Phone: (973) 639-8700
Toll Free: 1-888-398-1642
Fax: (973) 639-8723

**Camden Office**
One Port Center
Suite 505, Fifth Floor
2 Riverside Drive
Camden, NJ 08101
Phone: (856) 338-8922
Fax: (856) 338-8936

**Washington, DC**
Hart Senate Office Building
Suite 324
Washington, DC 20510
Phone: (202) 224-3224
TTY: (202) 224-2087
Fax: (202) 228-4054

Email Senator Lautenberg »

**Search**

 Go



# Newsroom: Press Releases

Press Release of Senator Lautenberg

**Lautenberg Statement After Congress Approves Legislation to Allow Compensation for U.S. Victims of Libyan Terror**

After Swift Passage Today in Senate, Bill Passes House and Heads to President for Signature

**Contact:** Lautenberg Press Office 202.224.3224
Thursday, July 31, 2008

WASHINGTON, D.C. – Today, U.S. Sen. Frank R. Lautenberg (D-NJ) issued the following statement after both the Senate and the House of Representatives passed legislation he sponsored creating a fund for Libya to compensate U.S. victims of Libyan-sponsored terrorism:

**"For too many years, Libya has refused to accept responsibility for its horrific acts of terrorism against American victims. But after the pressure we applied, Libya can finally be held accountable for these devastating events. Now these victims and their families can get the long overdue justice they deserve."**

This new legislation, *The Libyan Claims Resolution Act*, would implement a final settlement agreement and resolve all outstanding U.S. terrorism claims against the Libyan government, including the amount owed by Libya for the 1988 Pan Am 103 bombing over Lockerbie, Scotland, which killed 270, including 38 from New Jersey, the 1986 Labelle discotheque bombing in Berlin, Germany which killed two and injured approximately 90 Americans and other U.S. deaths and injuries in pending cases. The legislation is also sponsored by Sens. Joe Biden (D-DE), Richard Lugar (R-IN), John Warner (R-VA), Patrick Leahy (D-VT) and Carl Levin (D-MI).

**"Senator Frank Lautenberg is a hero for his two-decade long fight for justice for American victims of terrorism,"** said Kara Weipz, spokesperson for the Families of the Victims of Pan Am 103. **"Senator Lautenberg's leadership, along with Senator Joe Biden, Senator Richard Lugar, Senator Carl Levin, Senator John Warner, Senator Pat Leahy and Senator John Warner has brought this legislation and potential deal to fruition. The Pan Am 103 families strongly applaud the Senate's overwhelming bipartisan support for the legislation and a U.S.-Libya deal certified by the Secretary of State. We strongly urge the resolution's swift passage by the House of Representatives so justice can be fulfilled."**

Specifically, the Libyan Claims Resolution Act would:

• Provide for Libya to set up a fund to compensate U.S. victims of Libyan terror;

• Require the Secretary of State to make a certification to Congress that the fund contains adequate funds to pay the settlements in full and to pay fair compensation to others who died or were injured as the result of Libyan terror; and

• Provide for the dismissal of cases against Libya arising from terrorist acts that occurred before Libya was taken off the state sponsors of terrorism list in 2006 only once Libya has paid adequate money into the fund to compensate all victims.

In 2006, the Bush Administration removed Libya from the State Department's list of state sponsors of terrorism without final resolution to these outstanding cases involving U.S. victims.

Lautenberg is one of the Senate's leaders in seeking justice for victims of state-sponsored terrorism. For years, Lautenberg has pressured the Bush administration to

resolve these cases and aid victims and families before the U.S. could normalize its relationship with Libya.

In 2008, the Senator's legislation for victims of terrorism was signed into law as part of the Fiscal Year 2008 National Defense Authorization Act.  This law reaffirmed the rights of plaintiffs to sue state sponsors of terrorism; allowed the seizure of hidden commercial assets belonging to terrorist states; and limited the number of appeals that a terrorist state can pursue in U.S. courts among other things.  Lautenberg also blocked construction of a U.S. embassy in Tripoli, Libya's capital, all U.S. government assistance to Libya and the appointment of a U.S. ambassador to Libya until the administration resolved these outstanding cases.

In 2000, President Clinton signed Lautenberg's Justice for Victims of Terrorism Act into law.  This bill enabled the President to seize the assets of terrorist states and helped families collect damages won in court.

In 1996, Congress passed and President Clinton signed the Anti-Terrorism and Effective Death Penalty Act into law, which included Lautenberg's "Flatow Amendment."  That measure gave American victims of state-sponsored terrorism the right to sue the responsible state.

**About Victims of Pan Am Flight 103**.  Victims of Pan Am Flight 103 is the official umbrella organization of the family members and friends of those whose lives ended when a Libyan terrorist bomb exploded on Pan Am Flight 103 over Lockerbie, Scotland on December 21, 1988.  They represent families from across the United States, including: New Jersey, New York, Michigan, Pennsylvania, Texas, Massachusetts, Connecticut, California, Maryland, South Carolina, North Carolina, Illinois, Vermont, Arkansas, North Dakota, Tennessee, Florida, Alabama, Virginia and Mississippi.  For more information, visit them on the web at: www.victimsofpanamflight103.org.

# # #

« Return to Press Releases

Questions or Comments? Please let us know | Privacy Policy